# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Marilyn Starks

                              Plaintiff,

v.                                                                      Case No.: 1:11–cv–07971
                                                                         Honorable Charles R. Norgle Sr.

Allstate Check Services, LLC

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 30, 2011:

        MINUTE entry before Honorable Susan E. Cox: Initial status hearing set for 12/19/11 at 9:30 a.m. in Courtroom # 1342. Parties to review the Court's web page under the heading Rule 26(f) Planning Conference. A Report of Conference of Parties to be filed on or before 12/14/11. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.